**Slip Op. 08-23**

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| NORSK HYDRO CANADA INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant, <br><br> and <br><br> U.S. Magnesium, LLC, <br><br> Defendant-Intervenor. | BEFORE: POGUE, JUDGE <br> Court No. 03-00828 |

**JUDGMENT**

Upon consideration of the Department of Commerce remand results filed in response to the Court's order of November 28, 2007, Plaintiff's comments, and all other pertinent papers, it is hereby

ORDERED that the remand results are sustained, and it is further

ORDERED that judgment is entered in favor of the United States.

                                                                                      /s/ Donald C. Pogue
                                                                                       Donald C. Pogue, Judge

Dated:    February 26, 2008
             New York, New York

# NOTICE OF ENTRY AND SERVICE

      This is a notice that an order or judgment was entered in the docket of this action, and was served upon the parties on the date shown below.

      Service was made by depositing a copy of this order or judgment, together with any papers required by USCIT Rule 79(c), in a securely closed envelope, proper postage attached, in a United States mail receptacle at One Federal Plaza, New York, New York 10278 and addressed to the attorney of record for each party at the address on the official docket in this action, except that service upon the United States was made by personally delivering a copy to the Attorney-In-Charge, International Trade Field Office, Civil Division, United States Department of Justice, 26 Federal Plaza, New York, New York 10278 or to a clerical employee designated, by the Attorney-In-Charge in a writing filed with the clerk of the court.

or

      Service was made electronically, by the Court's CM/ECF system, upon those parties that have filed a Notice of Consent to Electronic Service.

Tina Potuto Kimble  
Clerk of the Court

Date: _____  By: _____  
                                                                                              Deputy Clerk